David Allegrucci, (#012611)
*Allegrucci Law Office, PLLC*
307 North Miller Road
Buckeye, Arizona 85326
Telephone : (623) 412-2330
Facsimile : (623) 878-9807
Attorneys for the Petitioners/Movants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2-09-bk-20402-CGC |
| | In Proceedings Under Chapter 13 |
| TIMOTHY BONNEVILLE, | |
| and | **NOTICE OF LIMITED APPEARANCE FOR §341 HEARING ONLY** |
| KIMBERLY BONNEVILLE, | |
| Debtors. | |

NOTICE IS GIVEN that Ms. Tara Kilby, Esq. will be appearing on behalf of the undersigned attorney at the Debtor's §341 hearing scheduled for October 7, 2009 at 4:30 p.m. This will be the entire extent of Ms. Kilby's participation in this case.

Ms. Kilby is being paid a set fee for all of her appearances on behalf of the Debtor's attorney.

DATED this 7th day of October, 2009.

                                     Allegrucci Law Office, PLLC
                                     _s/ David E. Allegrucci
                                     Attorney for Debtors

Copy of the foregoing
mailed this 7th day of
October, 2009 via first
Class U.S. Mail to
the following:

Russell Brown
3838 N Central Ave Ste 800
Phoenix, AZ 85012
Chapter 7 Trustee

Notice of Limited Appearance 2-09-bk-20402
Case 2:09-bk-20402-DPC    Doc 23    Filed 10/07/09    Entered 10/07/09 09:37:28    Desc
Main Document    Page 2 of 2