Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona  85012-1965
Phone: 602.277.8996
Fax: 602.253.8346
Email: *mail@ch13bk.com*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **TIMOTHY W BONNEVILLE,** (xxx-xx-6851) | Chapter 13 | |
| and | | |
| **KIMBERLY J BONNEVILLE,** (xxx-xx-0596) | Case No. 2-09-bk-20402 CGC | |
| 6449 EAST PEARL STREET | **TRUSTEE'S NOTICE OF ALLOWED CLAIMS AND POST-CONFIRMATION REPORT ON PLAN, CLAIMS AND DEBTS** | |
| MESA, AZ 85215 | | |
| Debtors. | | |

**Claims and Debts.**  This Notice provides information on the Chapter 13 plan, debts scheduled, and claims filed.  A proof of claim is deemed allowed unless the Court sustains an objection to the claim.   The deadline for nongovernmental entities to file a claim was 01/05/2010 and the deadline for governmental entities to file a claim was 02/26/2010.  **If you file a proof of claim after the applicable bar date, the Trustee likely will file an objection to it.**

This Notice provides no statement or opinion as to whether a debt might be dischargeable or if the plan contains such language.  **If you disagree with the Trustee's representation of your claim or debt, or how it is classified, then contact the Trustee's office in <u>writing</u> (by mail, fax or email), or within 25 days from the date below file an appropriate motion with the Bankruptcy Court.**  If an attorney is representing the Debtors, the attorney's contact information is shown below in the claims list.

**Plan Confirmation.**  The Court confirmed the Chapter 13 plan on 10/27/2010 and the Trustee expects to begin disbursements under the plan within 30 days from the date of this Notice.  As of the date of this report, the amount due from the Debtors is $7,980.00  and the amount paid by the Debtors is $7,980.00.  Total plan funding by plan payments is to be $42,120.00, **but this amount might not include additional monies required to be paid in, such as tax refunds or nonexempt monies**.  Generally the first plan payment was due 30 days after the petition date, or 09/23/2009.  The plan payment schedule is as follows:

| Month | | Month | Monthly Amount | | Total |
|---|---|---|---|---|---|
| 1 | - | 24 | $570.00 | $ | 13,680.00 |
| 25 | - | 60 | $790.00 | $ | 28,440.00 |
| | | | Plan Base Amount: | $ | 42,120.00 |
| | | | Amount Left to Pay: | $ | 34,140.00 |

The Chapter 13 plan is a base or pot plan.  Creditors secured by personal property will be paid per the confirmed plan and not necessarily the amount stated in a proof of claim.  The interest rate to be paid on secured claims is derived from what is in the confirmed plan or the order confirming plan.  The amount to be paid to allowed unsecured nonpriority claims depends on the amount to be paid to higher classes of claims, the length of the plan, the best interests of creditors test, disposable income, and whether the plan payments are timely paid.  11 U.S.C. Sections 1322, 1325.  Refer to the Analysis attached to the Chapter 13 plan on file with the Court, and previously mailed to you, for an estimated amount to be paid to all allowed unsecured, nonpriority claims.

**Payment on Claims.**  Generally, the Trustee will pay claims in ascending order of the Payment Sequence number as stated in the following listing of the claims filed with the Court or debts scheduled, grouped by Payment Sequence number.  Claim numbers of 100 or less are for creditors who have filed a proof of claim with the Court.  A claim number of 200 or greater is assigned by the Trustee for creditors who filed no claim, but the creditor information was provided by the Schedules and mailing list of the Debtors, or for whom the debt is to be paid direct by the Debtors.  For creditors scheduled by the Debtors but who fail to file a proof of claim, the Trustee assigns a Claim Number of 200 or greater.  **Creditors given a Claim Number of 200 or greater, or a Payment Sequence number of 34 or greater, the Trustee expects to make no distribution to those creditors.**

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|

### 00

| 00 | | **RUSSELL BROWN, TRUSTEE** | Trustee Fee: | $ 4,212.00 |

The amount of trustee's fee is calculated at the maximum rate of 10% of the plan payments. The actual amount received could be less due to changes in the percentage fee.

### 13

| 13 | Atty | **DAVID ALLEGRUCCI** | Claim Amount: | $ 3,000.00 |

ALLEGRUCCI LAW OFFICE, PLLC
307 N. MILLER ROAD
BUCKEYE, AZ 85326-
(623)412-2330
david.allegrucci@azbar.org

Claim Type: Legal/Administrative

### 21

| 21 | 013 | **CITIMORTGAGE, INC.** | Claim Amount: | $ 9,423.36 |

Claim Type: Secured
Interest Rate: 0.00 %
Description: ARREARS
Date Claim Filed: 10/01/2009
Last Four Digits of Account Number: 4175

| 21 | 015 | **MARICOPA COUNTY TREASURER** | Claim Amount: | $ 1,012.45 |

Claim Type: Secured
Interest Rate: 16.00 %
Description: 2009 REAL PROPERTY TAX
Date Claim Filed: 01/28/2010 ***
Last Four Digits of Account Number: AXES

### 24

| 24 | 023 | **CHRYSLER FINANCIAL** | Claim Amount: | $ 17,000.00 |

Claim Type: Secured
Interest Rate: 6.90 %
Adequate Protection Payment Monthly Amount: $ 170.00
Description: 2005 DODGE RAM
Date Claim Filed: 05/07/2010 ***
Last Four Digits of Account Number: 7000

### 33

| 33 | 001 | **CANDICA, L.L.C.** | Claim Amount: | $ 7,399.13 |

Claim Type: Unsecured
Description: TARGET
Date Claim Filed: 09/09/2009
Last Four Digits of Account Number: RGET

| 33 | 002 | **OAK HARBOR CAPITAL, LLC** | Claim Amount: | $ 14,451.24 |

Claim Type: Unsecured
Description: TARGET
Date Claim Filed: 09/09/2009
Last Four Digits of Account Number: RGET

| 33 | 003 | **OREPAC BUILDING PRODUCTS** | Claim Amount: | $ 2,245.80 |

Claim Type: Unsecured
Date Claim Filed: 09/14/2009
Last Four Digits of Account Number: 5142

| 33 | 004 | **HUTTIG BUILDING PRODUCTS** | Claim Amount: | $ 2,791.35 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/14/2009 |
| | | | Last Four Digits of Account Number: | LASS |
| 33 | 005 | JELD-WEN, INC. | Claim Amount: | $ 3,577.43 |
| | | | Claim Type: | Unsecured |
| | | | Description: | CLAIM FILED SECURED / PAYING AS UNSECURED - SEE NOTE I |
| | | | Date Claim Filed: | 09/14/2009 |
| | | | Last Four Digits of Account Number: | 3091 |
| 33 | 006 | CHASE BANK USA, NA | Claim Amount: | $ 9,863.21 |
| | | | Claim Type: | Unsecured |
| | | | Description: | NOT LISTED |
| | | | Date Claim Filed: | 09/18/2009 |
| | | | Last Four Digits of Account Number: | 4639 |
| 33 | 007 | ALLTEL | Claim Amount: | $ 498.69 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/21/2009 |
| | | | Last Four Digits of Account Number: | 6730 |
| 33 | 008 | CHASE BANK USA, N.A. | Claim Amount: | $ 2,001.00 |
| | | | Claim Type: | Unsecured |
| | | | Description: | KOHLS |
| | | | Date Claim Filed: | 09/21/2009 |
| | | | Last Four Digits of Account Number: | OHLS |
| 33 | 009 | ARCH ALUMINUM & GLASS COMPANY | Claim Amount: | $ 6,455.89 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/21/2009 |
| | | | Last Four Digits of Account Number: | GLS |
| 33 | 010 | CONTRACTORS WARDROBE | Claim Amount: | $ 506.65 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/25/2009 |
| | | | Last Four Digits of Account Number: | 0269 |
| 33 | 011 | ROTHROCK BUILDING & REMOLDING, INC. | Claim Amount: | $ 10,827.91 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 09/25/2009 |
| | | | Last Four Digits of Account Number: | LASS |
| 33 | 012 | ROUNDUP FUNDING, LLC | Claim Amount: | $ 2,672.03 |
| | | | Claim Type: | Unsecured |
| | | | Description: | GEMB / HILCO |
| | | | Date Claim Filed: | 09/29/2009 |
| | | | Last Four Digits of Account Number: | GEMB |
| 33 | 014 | BLAKE & PULSIFER | Claim Amount: | $ 22,033.50 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 10/01/2009 |
| | | | Last Four Digits of Account Number: | LASS |
| 33 | 016 | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | Claim Amount: | $ 10,280.90 |
| | | | Claim Type: | Unsecured |
| | | | Description: | CITIBANK |
| | | | Date Claim Filed: | 10/21/2009 |
| | | | Last Four Digits of Account Number: | BANK |
| 33 | 017 | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | Claim Amount: | $ 2,527.89 |
| | | | Claim Type: | Unsecured |
| | | | Description: | HSBC / DIRECT MERCHANTS |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | | Date Claim Filed: | 10/27/2009 |
| | | | Last Four Digits of Account Number: | HSBC |
| 33 | 018 | LEASE FINANCIAL GROUP, LLC | Claim Amount: | $ 3,071.56 |
| | | | Claim Type: | Unsecured |
| | | | Date Claim Filed: | 12/14/2009 |
| | | | Last Four Digits of Account Number: | 6025 |
| 33 | 019 | ECAST SETTLEMENT CORP | Claim Amount: | $ 7,618.35 |
| | | | Claim Type: | Unsecured |
| | | | Description: | CHASE |
| | | | Date Claim Filed: | 12/21/2009 |
| | | | Last Four Digits of Account Number: | 1023 |
| 33 | 020 | ECAST SETTLEMENT CORP | Claim Amount: | $ 14,115.20 |
| | | | Claim Type: | Unsecured |
| | | | Description: | CHASE |
| | | | Date Claim Filed: | 12/21/2009 |
| | | | Last Four Digits of Account Number: | 7837 |
| 33 | 021 | ECAST SETTLEMENT CORP | Claim Amount: | $ 11,851.33 |
| | | | Claim Type: | Unsecured |
| | | | Description: | CHASE |
| | | | Date Claim Filed: | 12/21/2009 |
| | | | Last Four Digits of Account Number: | 7384 |
| 33 | 023 | CHRYSLER FINANCIAL | Claim Amount: | $ 0.00 |
| | | | Claim Type: | Unsecured |
| | | | Description: | Unsecured Portion of Split Claim |
| | | | Date Claim Filed: | 05/07/2010 *** |
| | | | Last Four Digits of Account Number: | 7000 |
| | | | Claim Status: | Objection to Claim Filed |

*** *Claim may have been filed late if unsecured and filed by a nongovernmental entity.*

| 34 | | *(The Trustee expects no distributions to creditors or on debts with a Payment Sequence number of 34 or greater.)* | | |
|---|---|---|---|---|
| 34 | 200 | CHASE | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Secured |
| | | | Interest Rate: | 0.00 % |
| | | | Last Four Digits of Account Number: | ELOC |
| | | | Claim Status: | Claim Not Filed |
| 34 | 201 | ALLIED WASTE SERVICES #756 | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 3864 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 202 | ALLTEL | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 0396 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 203 | AMERICAN BUILDING SUPPLY | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 4940 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 204 | AMSCO WINDOWS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 1392 |
| | | | Claim Status: | Claim Not Filed |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| 34 | 205 | BANNER BAYWOOD MEDICAL CENTER | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 206 | CAPITAL ONE BANK USA NA | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 3697 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 207 | CAPITAL ONE BANK USA NA | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 9745 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 208 | CASA RICA DEVELOPMENT | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 209 | CBIC | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 9572 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 210 | CRL | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 211 | CROWN CITY PROPERTIES | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 212 | DESERT GLASS PRODUCTS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 368 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 213 | DOORS IN MOTION | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 214 | VALLEY COLLECTION SERVICE | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | GTON |
| | | | Claim Status: | Claim Not Filed |
| 34 | 215 | EMTEK PRODUCTS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 5846 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 216 | FIRST AMERICAN TITLE | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 217 | LINCOLN WOOD WINDOWS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | | Last Four Digits of Account Number: | C49 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 218 | MAVERA CONSTRUCTION | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 219 | MERVYNS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 9014 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 220 | MILGARD WINDOWS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 4823 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 221 | SMITH MOULDING | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | CGLA |
| | | | Claim Status: | Claim Not Filed |
| 34 | 222 | SPRINT | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 7789 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 223 | SUPERIOR WINDOW PRODUCTS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 5019 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 224 | WESTERN WINDOW SYSTEMS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | |
| | | | Claim Status: | Claim Not Filed |
| 34 | 225 | WRIGHT EXPRESS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 2316 |
| | | | Claim Status: | Claim Not Filed |
| 34 | 226 | XO COMMUNICATIONS | Scheduled Amount: | $ 0.00 |
| | | | Scheduled Type: | Unsecured |
| | | | Last Four Digits of Account Number: | 3145 |
| | | | Claim Status: | Claim Not Filed |

*End of Trustee's Notice of Allowed Claims and Post-Confirmation Report on Plan, Claims and Debts*
*In re Bonneville, Case No. 2-09-bk-20402 CGC*