Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346
*sanderson@ch13bk.com*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>TIMOTHY W. BONNEVILLE,<br><br>and<br><br>KIMBERLY J. BONNEVILLE,<br><br>6449 E. Pearl Street<br>Mesa, AZ 85215<br><br>SSN xxx-xx-6851 and SSN xxx-xx-0596<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:09-BK-20402-CGC<br><br>**TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF CHRYSLER FINANCIAL AND CERTIFICATE OF SERVICE THEREOF**<br><br>Claim Number: 23-1<br><br>(No hearing) |

Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 502(a) and Rule 3007, F.R.B.P., objects to the following proof of claim:

CHRYSLER FINANCIAL　　　　　　　　　Claim Number: 23-1
P.O. Box 9001897　　　　　　　　　　　　Amount: $229.66
Louisville, KY 40290-1897　　　　　　　　Account No. 7000

The Trustee objects to the proof of claim as the claimant untimely filed the claim. The claimant filed the claim on May 7, 2010, and the last day to timely file a claim was January 5, 2010. Rule 3002©, F.R.B.P. The Trustee gives notice that the Bankruptcy Court will disallow the claim unless on or before February 7, 2011, the claimant files a written response to the Trustee's Objection to Proof of Claim with the Bankruptcy Court and serves a copy on the Trustee. If the claimant

timely files a response and the parties are unable to resolve the Objection, the Trustee will request that the Court set a hearing and notice the hearing out to the claimant. If the claimant untimely files a response or files no response, the Trustee will upload an Order sustaining the Trustee's Objection.

**CERTIFICATE OF SERVICE**

Russell Brown, Chapter 13 Trustee, certifies that by the date signed above that he served a copy of the Trustee's Objection to Proof of Claim on the Claimant at the address appearing above and the Debtors' attorney (or the Debtors, if pro se) to:

Chrysler Financial
P.O. Box 9001897
Louisville, KY 10290-1897
(Creditor)

Chrysler Financial
% Poli & Ball, PLC
2999 N. 44th Street, #500
Phoenix, AZ 85018
(Attorney for Creditor)

David Allegrucci
ALLEGRUCCI LAW OFFICE, PLLC
307 N. Miller Road
Buckeye, AZ 85326
(Attorney for Debtor)

- 2 -