Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
Phone: 602.277.8996
Fax: 602.253.8346
mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **TIMOTHY W BONNEVILLE,** and **KIMBERLY J BONNEVILLE,** 6449 EAST PEARL STREET MESA, AZ 85215 | (xxx-xx-6851) (xxx-xx-0596) Debtors. | Chapter 13 Case No. 2-09-bk-20402 CGC **TRUSTEE'S NOTICE OF FINAL CURE PAYMENT FOR PREPETITION ARREARS ON MORTGAGE CLAIM** |

Pursuant to Rule 3002.1(f), F.R.B.P., Russell Brown, Chapter 13 Trustee, files this Notice of Final Cure Payment to the creditor listed below that the amount required to cure the prepetition arrearage in the claim listed below, has been paid in full. The Debtors were to make the regular post-petition payments directly to the creditor.

| Creditor | Claim Number | Proof of Claim Amount of Prepetition Arrearage | Amount of Prepetition Arrearage to be Paid Per Confirmed Plan | Amount of Prepetition Arrearage Paid By Trustee |
|---|---|---|---|---|
| CITIMORTGAGE, INC. P.O. BOX 6941 BANKRUPTCY PAYMENTS THE LAKES, NV 88901- (636) 261-7563 | 013 | $9,423.36 | $9,423.36 | $9,423.36 |
| | | Last Four Digits of Account Number: 4175 Date Proof of Claim Filed: 10/01/2009 Date of Last Payment to Claimant by Trustee: 04/26/2012 Description: ARREARS | | |

Pursuant to Rule 3002.1(g), F.R.B.P., within 21 days, CITIMORTGAGE, INC. or the current holder of the claim is **obligated** to file with the Bankruptcy Court and serve a statement as a supplement to its proof of claim indicating: (1) whether it agrees that the Debtors have paid in full the amount required to cure default on the claim; and (2) whether the Debtors otherwise are current on all post-petition payments consistent with § 1325(b)(5) of the Code. The statement shall itemize the required cure or post-petition amounts, if any, that the holder of the claim contends remains unpaid as of the date of the statement. After filing of the statement by the holder of the claim, the Trustee does not intend to file a motion pursuant to Rule 3002.1(h), but the Debtors are entitled to do so.

Russell Brown, Trustee

A copy was mailed or emailed to:

CITIMORTGAGE, INC.
P.O. BOX 6941
BANKRUPTCY PAYMENTS
THE LAKES, NV 88901

TIMOTHY W BONNEVILLE
KIMBERLY J BONNEVILLE
6449 EAST PEARL STREET
MESA, AZ   85215

DAVID ALLEGRUCCI
ALLEGRUCCI LAW OFFICE, PLLC
307 N. MILLER ROAD
BUCKEYE, AZ   85326
david.allegrucci@azbar.org
Attorney for Debtor(s)

_____

Jeanne Church